[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

————————————————

No.  18-14714
Non-Argument Calendar

————————————————

D.C. Docket No. 5:18-cr-00031-TES-CHW-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

NATHANIEL GORDY,

Defendant-Appellant.

————————————————

Appeal from the United States District Court
for the Middle District of Georgia

————————————————

(March 17, 2020)

Before WILLIAM PRYOR, GRANT, and LUCK, Circuit Judges.

PER CURIAM:

The Government's motion to dismiss this appeal pursuant to the appeal

waiver in Appellant's plea agreement is GRANTED.  *See United States v. Bushert*,

997 F.2d 1343, 1350-51 (11th Cir. 1993) (sentence appeal waiver will be enforced

if it was made knowingly and voluntarily); *United States v. Bascomb*, 451 F.3d 1292, 1297 (11th Cir. 2006) (appeal waiver "cannot be vitiated or altered by comments the court makes during sentencing"); *United States v. Grinard-Henry*, 399 F.3d 1294, 1296 (11th Cir. 2005) (waiver of the right to appeal includes waiver of the right to appeal difficult or debatable legal issues or even blatant error).

2